```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LATINOJUSTICE PRLDF,                                              :
                                                                  :
                              Plaintiff,                          :
             -v-                                                  :      20-cv-4859 (LJL)
                                                                  :
UNITED STATES DEPARTMENT OF HOUSING AND                           :      ORDER
URBAN DEVELOPMENT,                                                :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020

LEWIS J. LIMAN, United States District Judge:

    The parties shall appear for a telephonic conference at 4:00 p.m. on July 2, 2020.  They are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
                   LEWIS J. LIMAN
              United States District Judge