```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LATINOJUSTICE PRLDF,                                              :
:
                           Plaintiff,                             :
          -v-                                                     :     20-cv-4859 (LJL)
:
UNITED STATES DEPARTMENT OF HOUSING AND                           :     ORDER
URBAN DEVELOPMENT,                                                :
:
                           Defendant.                             :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendant's objection to the relatedness of this case with *The Legal Aid Society v. United States Department of Housing and Urban Development,* No. 20-cv-2283, and its request to adjourn the telephonic conference set for 4:00 p.m. on July 2, 2020. (Dkt. No. 15.)

      IT IS HEREBY ORDERED that Plaintiff file a response to the Government's letter no later than 5:00 p.m. on June 2, 2020.  The conference previously set for June 2, 2020 is ADJOURNED sine die.

      SO ORDERED.

Dated: July 1, 2020
      New York, New York                                 _____
                                                             LEWIS J. LIMAN
                                                            United States District Judge