```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
LATINOJUSTICE PRLDF, :
 :
 :
 Plaintiff, :
 -v- : 20-cv-4859 (LJL)
 :
UNITED STATES DEPARTMENT OF HOUSING AND : ORDER
URBAN DEVELOPMENT, :
 :
 Defendant. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties in this case shall appear for a telephonic conference at 5:30 p.m. on July 28, 2020. They are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: July 8, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                      United States District Judge